**BROWN, A.**

v.

**DOC**

**1155 CD 2016**

Commonwealth Court of Pennsylvania.

08/08/2017

Board of Claims, Inmate No. DL–4686

Affirmed

**WILLIAMS, B.**

v.

**UCBR**

**1771 CD 2016**

Commonwealth Court of Pennsylvania.

08/08/2017

Unemployment Compensation Board of Review, B–592615

Affirmed

**WEAVER, R.**

v.

**COMMONWEALTH**

**1860 CD 2016**

Commonwealth Court of Pennsylvania.

08/08/2017

Somerset County Civil Division, No. 610 Civil 2013

Affirmed

**DEHORATIUS, M.**

v.

**WCAB (UPPER DARBY TWP.)**

**1901 CD 2016**

Commonwealth Court of Pennsylvania.

08/08/2017

Workers' Compensation Appeal Board, A15–1196

Affirmed/Reversed